IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MELISSA MARIE GREEN,                    3:09-CV-00886-AC

              Plaintiff,

                                ORDER

v.

MICHAEL J. ASTRUE,

              Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#23) on April 12, 2011, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and supplemental security income.  Plaintiff filed timely Objections to the Findings and Recommendation (#32).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate

1 - ORDER

Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

Although the following fact did not affect the resolution of the issues before the Court, the parties agree and the record reflects Plaintiff's alleged onset date is September 29, 2004.

This Court has carefully considered the additional Objections made by Plaintiff and concludes Plaintiff's Objections do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#23). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 11th day of July, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER