IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MELISSA MARIE GREEN,** | 3:09-CV-00886-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social<br>Security, | |
| Defendant. | |

    Based on the Court's Order (#35) issued July 11, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 11th day of July, 2011.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN<br>                                          United States District Judge

1 - JUDGMENT